# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| BAC HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERVICING LP | : No. 224 MAL 2014 :<br>:<br>:<br>: Petition for Allowance of Appeal from the<br>: Order of the Superior Court |
| v. | :<br>:<br>:<br>: |
| ROSALIE WILLIAMS, PATRICK WILLIAMS | :<br>:<br>:<br>: |
| PETITION OF:  ROSALIE WILLIAMS | :<br>: |

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of August, 2014, the Petition for Allowance of Appeal is **DENIED**.